CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Blamo Barlue** DOB: 1996; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-03147MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about November 17, 2020, in the District of Arizona, **Blamo Barlue**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Johana Merchan-Fernandez, Kevin Lopez-Merchan and Wilmar Cortez-Henriquez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about November 17, 2020, in the District of Arizona, **Blamo Barlue**, knowing and in reckless disregard of the fact that certain illegal alien, Johana Merchan-Fernandez, Kevin Lopez-Merchan and Wilmar Cortez-Henriquez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about November 17, 2020, in the District of Arizona (North Komelik), United States Border Patrol Agents (BPA) saw a black 2015 Hyundai Elantra driven by **Blamo Barlue** turn northbound on Federal Route 15 (FR15). The BPA ran records checks on the registered owner which revealed **Barlue** had a prior arrest for AG ASLT-DEADLY WPN. The BPA followed the Elantra northbound on FR15. **Barlue** turned on the hazard lights and pulled over to the side of FR15. The BPA pulled over beside the Elantra and exited his vehicle to determine if **Barlue** was lost and if everything was okay due to the vehicle not being from the area. The BPA saw that the front passenger was in full camouflage clothing and the rear passengers were wearing partial articles of camouflage clothing. The BPA asked **Barlue** if there were any weapons in the Elantra and **Barlue** responded, "Yes, my gun is right here" while pointing to the driver side door. BPA's secured the firearm and conducted an immigration inspection on the passengers and determined Johana Merchan-Fernandez, and Kevin Lopez-Merchan were citizens of Ecuador and Wilmar Cortez-Henriquez was a citizen of El Salvador and were all in the U.S. illegally.

Records checks revealed Johana Merchan-Fernandez, and Kevin Lopez-Merchan were citizens of Ecuador and Wilmar Cortez-Henriquez do not have the immigration documentation to cross or remain in the U.S. legally

Material witnesses Johana Merchan-Fernandez, Kevin Lopez-Merchan and Wilmar Cortez-Henriquez said they had arranged to be smuggled into the United States for money.

In a post-*Miranda* statement, **Blamo Barlue** stated that he was asked to transport illegal aliens for money.
**Blamo Barlue** stated that he was to be paid $5,000 USD to transport illegal aliens from one location to another location that was near a checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/UGS | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Leslie A. Bowman | DATE<br>November 18, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54